812

No. 151. JARECKI, FORMER COLLECTOR OF INTERNAL REVENUE, ET AL. *v.* G. D. SEARLE & Co. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Marselli* for petitioners. *Walter J. Cummings, Jr.* for respondent.

No. 233. DEUTCH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Henry W. Sawyer III* and *George Herbert Goodrich* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 126. LAURENS FEDERAL SAVINGS & LOAN ASSN. *v.* SOUTH CAROLINA TAX COMMISSION ET AL. Supreme Court of South Carolina. Certiorari granted. *Frank K. Sloan* and *Ernest L. Folk III* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, *James M. Windham* and *Wm. H. Smith, Jr.,* Assistant Attorneys General, for respondents. *Solicitor General Rankin, Assistant Attorney General Rice, Myron C. Baum* and *William Massar* for the United States, as *amicus curiae,* in support of the petition.

No. 102. KOLOVRAT ET AL. *v.* OREGON. Supreme Court of Oregon. Certiorari granted. *Lawrence S. Lesser* and *Peter A. Schwabe* for petitioners. *Robert Y. Thornton,* Attorney General of Oregon, *Arthur Garfield Higgs* and *Catherine Zorn,* Assistant Attorneys General, for respondent. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States, as *amicus curiae,* in support of the petition.